Wayne Lee AXELSON, Appellant,

v.

COMMONWEALTH of Kentucky,
Appellee.

Court of Appeals of Kentucky.

Aug. 27, 1974.

Joseph F. Bamberger, Warsaw, for appellant.

Ed W. Hancock, Atty. Gen., George Geoghegan, III, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

Rudolph L. SHELBY, Appellant,

v.

COMMONWEALTH of Kentucky,
Appellee.

Court of Appeals of Kentucky.

Aug. 27, 1974.

Tyler C. Bourne, Paducah, for appellant.

Ed W. Hancock, Atty. Gen., Robert L. Chenoweth, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

Ray S. HUDSON, Appellant,

v.

PARK–DuVALLE NEIGHBORHOOD SERVICES, Appellee.

Court of Appeals of Kentucky.

Aug. 27, 1974.

Thomas W. Burks, Louisville, for appellant.

David L. Gittleman, Louisville, for appellee.

Memorandum Opinion of the Court by Special Commissioner Charles R. Richardson, Affirming.*

Richard R. TRAYLOR, Jr., Appellant,

v.

James PRESTON, Jailer, Boyle County,
Appellee.

Court of Appeals of Kentucky.

Sept. 4, 1974.

Anthony M. Wilhoit, Public Defender, Jim R. Early, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Mark F. Armstrong, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

* Opinion ordered not to be published.